**CL**

<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Crim. A. No.  91-0254 (SRC) |
| v. | : | |
| | : | **ORDER** |
| ROBERT JONAS, et al., | : | |
| | : | |
| Defendants. | : | |

<u>**Chesler, U.S.D.J.**</u>

  This matter having come before the Court on the following motions filed by *pro se* Petitioner Eduardo Mantilla: (1) a motion to reopen the time to file an appeal from the Court's Order dated November 9, 2005 [docket item 25]; (2) a motion for the production of grand jury testimony [docket item 26]; (3) an application for writ of *audita querela* [docket item 27]; (4) an application to review and correct a certain matter in the process of trial [docket item 28]; (5) a second motion to reduce sentence based on retroactive guideline amendments [docket item 29]; a motion for leave to amend the petition for writ of *audita querela* [docket item 48]; as well as *pro se* Petitioner Robert Jonas' motion to join in Mantilla's motions and applications [docket item 35]; and Petitioners' joint motion for reconsideration of the Court's Order dated November 9, 2005, disposing of their previous motion for relief pursuant to 28 U.S.C. § 2255 [docket item 36]; and the Court having considered the parties' written submissions in support of and in opposition to the motions; and for the reasons expressed in the Opinion filed herewith; and for

good cause shown,

**IT IS** on this 21st day of July 2008,

**ORDERED** that *pro se* Petitioner Robert Jonas' motion to join in Mantilla's motion to reopen the time to file an appeal from the Court's Order dated November 9, 2005 [docket item 35] is **DENIED**; and it is further

**ORDERED** that Jonas' motion to join in Mantilla's remaining motions and applications [docket item 35] is **GRANTED;** and it is further

**ORDERED** that Mantilla's motion to reopen the time to file an appeal from the Court's Order dated November 9, 2005 [docket item 25] is **DENIED;** and it is further

**ORDERED** that Petitioners' motion for the production of grand jury testimony [docket item 26] is  **DENIED;** and it is further

**ORDERED** that Petitioners' motion for leave to amend the petition for writ of *audita querela* [docket item 48] is **GRANTED**; and it is further

**ORDERED** that Petitioners' application for writ of *audita querela* [docket item 27] is **DENIED;** and it is further

**ORDERED** that Petitioners' application to review and correct a certain matter in the process of trial [docket item 28] is **DENIED;** and it is further

**ORDERED** that Petitioners' second motion to reduce sentence based on retroactive guideline amendments [docket item 29] is **DENIED;** and it is further

**ORDERED** this case is closed.

               s/ Stanley R. Chesler     
           STANLEY R. CHESLER  
           United States District Judge