**CL**

**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Crim. A. No.  91-0254 (SRC) |
| v. | : | |
| | : | **ORDER** |
| ROBERT JONAS, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**Chesler, U.S.D.J.**

This matter having come before the Court on the motion pursuant to Rule 60(b) of the

Federal Rules of Civil Procedure filed by *pro se* Petitioners Eduardo Mantilla and Robert Jonas

for reconsideration of the Court's Order dated November 9, 2005, disposing of their previous

motion for relief pursuant to 28 U.S.C. § 2255 [docket item 36]; and the Court having considered

the parties' written submissions in support of and in opposition to the motion; and for the reasons

expressed in the Opinion dated July 21, 2008; and for good cause shown,

**IT IS** on this 12th day of August 2008,

**ORDERED** that Petitioners' motion for reconsideration pursuant to Rule 60(b) [docket

item 36] is **DENIED.**

       s/ Stanley R. Chesler
       STANLEY R. CHESLER
       United States District Judge