UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EDUARDO MANTILLA, | : | |
| Petitioner, | : | Crim. No. 91-254 (SRC) |
| v. | : | **ORDER** |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

**CHESLER**, District Judge

      This matter comes before the Court on the application by *pro se* Petitioner Eduardo Mantilla ("Petitioner"), for "correction of the Court's error of the prejudicial recharacterization of filings as motions pursuant to Title 28 U.S.C. Section 2255, and an attempt to impose a bar and/or injunction on future filings." Regardless of the lengthy title of Petitioner's application, in substance, he requests further reconsideration of the Court's prior Orders. Petitioner's application shall be denied for the reasons set forth in said Orders.

      For these reasons,

  **IT IS** on this 6th day of October, 2011,

      **ORDERED** that Petitioner's application for reconsideration of the Court's prior Orders [Docket Entry No. 82] is **DENIED**.

                                                                s/ Stanley R. Chesler

                                                                STANLEY R. CHESLER

                                                                United States District Judge